UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

vs.

Case: 2:21−cr−20228
Assigned To : Michelson, Laurie J.
Referral Judge: Patti, Anthony P.
Assign. Date : 4/7/2021
Description: INFO USA V. BARASH (NA)

D-1   DEANNA BARASH,

   Defendant.

VIOLATION:   18 U.S.C. § 1503

_____/

## INFORMATION

The United States Attorney charges:

### COUNT 1

**18 U.S.C. § 1503**
**Obstructing a Federal Grand Jury and Criminal Investigation**

D-1   **DEANNA BARASH**

On or about May 2018 through December 9, 2019, in the Eastern District of Michigan, the defendant, Deanna Barash, did corruptly influence, obstruct and impede or endeavor to influence, obstruct and impede the due administration of justice in a federal grand jury and criminal investigation in the Eastern District of Michigan by deleting emails related to conduct under investigation and subsequently

1

making intentionally false statements to federal law enforcement officials concerning her deletion of those emails, in violation of Title 18, United States Code, Section 1503.

SAIMA S. MOHSIN
Acting United States Attorney

_____
David A. Gardey
Assistant United States Attorney
Chief, Public Corruption Unit

_____
Steven P. Cares
Assistant United States Attorney

Date: April 7, 2021

**(Companion Case information MUST be completed by AUSA and initialed.)**

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number<br>21-20228 |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes   ☒ No | AUSA's Initials:   /s/ spc |

**Case Title:** USA v. Deanna Barrash

**County where offense occurred:** Oakland

**Check One:**   ☒ Felony   ☐ Misdemeanor   ☐ Petty

_____Indictment/ ✔ Information --- **no** prior complaint.
_____Indictment/_____Information --- based upon prior complaint [**Case number:** _____ ]
_____Indictment/_____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

April 7, 2021
Date

/s/ Steven P. Cares
Steven P. Cares
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: 313-226-9139
Fax:    313-226-3271
E-Mail address: steven.cares@usdoj.gov
Attorney Bar #: P68503

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.